U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN 2 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DENISE BYNOG** | : | **DOCKET NO. 07 CR 1527** |
| VS. | : | JUDGE MINALDI |
| **AECOM GOVERNMENT SERVICES INC. ET AL** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

After considering the Motion to Dismiss Under Rule 12(b)(6), [doc. 11], filed by the defendant Aecom Government Services Inc., et al,

IT IS ORDERED that Aecom's Motion to Dismiss is hereby DENIED as to Bynog's retaliatory discharge claim against Aecom,

IT IS FURTHER ORDERED that Aecom's Motion to Dismiss is hereby GRANTED as to the claim against Robert Shirron,

IT IS FURTHER ORDERED that the claim against Robert Shirron is hereby DISMISSED.

Lake Charles, Louisiana, this ___ day of _____, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE